IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. MASON, | * |
| Plaintiff, | * |
| v. | *   Civil No. TJS-22-1559 |
| 7 ELEVEN, INC., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendant 7 Eleven, Inc.'s Motion for Summary Judgment (ECF No. 28) is **GRANTED**. Summary judgment is entered in favor of Defendant 7 Eleven, Inc. and against Plaintiff.

The Clerk of Court shall mail a copy of this Order and the accompanying Memorandum Opinion to Plaintiff Michael A. Mason.

Date: March 29, 2024

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge