IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MASON, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. TJS-22-1559 |
| 7 ELEVEN, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \*

**ORDER**

Previously, the Court ordered Plaintiff Michael A. Mason ("Mr. Mason") to show cause why this case should not be dismissed for failure to prosecute. ECF No. 37. Mr. Mason timely responded to the show cause order. ECF No. 38. In his response, Mr. Mason states that he is not in a position to continue prosecuting this litigation and would like to voluntarily withdraw his complaint with prejudice. *Id.* The Court has confirmed that Defendant HEMSAFA, Inc. consents to this relief. Accordingly, it is hereby **ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff's notice of voluntary dismissal of his complaint with prejudice is **APPROVED**; and

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mail a copy of this Order to Plaintiff Michael Mason and then **CLOSE** this case.

Date: April 26, 2024

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge